**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-7021**

_____

CHARLIE L. HARDIN,

        Plaintiff - Appellant,

      v.

TOBIAS TURLEY; STEPHON MULLEN; JAMES FRANKLIN PIERCE; MARCEL SLEDGE; ROMELL OVERTON; BRANDON SCOTT; AL-KEREEN WICHARD; DAVID L. HILL; TANA ESQUOSA HILL DILLARD; JAMES E. PIERCE,

        Defendants - Appellees,

      and

D. EVERETT, Superintendent; MS. JORDAN; CASE MANAGER BAZZLE; BRANDESHAWN HARRIS; SERGEANT BARFIELD; CASE MANAGER MOORE,

        Defendants.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:22-ct-03255-BO-RJ).

_____

Submitted:  January 23, 2025                Decided:  January 29, 2025

_____

Before WILKINSON, WYNN, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

———————————

Charlie L. Hardin, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charlie L. Hardin appeals the district court's order denying his motion for reconsideration and granting summary judgment to several Defendants in his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Hardin v. Turley*, No. 5:22-ct-03255-BO-RJ (E.D.N.C. Aug. 27, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
